IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID KILLINGSWORTH,** | * |
| | * |
| Petitioner, | * |
| | * CIVIL ACTION NO.:15-00182-CB-B |
| vs. | * |
| | * |
| **STATE OF ALABAMA,** | * |
| | * |
| Respondent. | * |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE** this **24th** of **September, 2015.**

s/Charles R. Butler, Jr.
**UNITED STATES DISTRICT JUDGE**